**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| APOLLO GROUP, INC., <br><br> and <br><br> THE UNIVERSITY OF PHOENIX, INC., <br><br>      Plaintiffs, <br><br>      v. <br><br> THE DEPARTMENT OF EDUCATION, <br><br>      Defendant. | Civil Action No. 1:09-cv-01044-RJL |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs Apollo Group, Inc. and The University of Phoenix, Inc. respectfully oppose the Department of Education's ("DOE") motion to amend the scheduling order to provide the DOE with additional time to file its responsive pleading to plaintiffs' FOIA complaint until Monday, August 24, 2009. Although plaintiffs are willing to accommodate reasonable requests for additional time and are sensitive to agency counsel's situation, to do so here would prejudice plaintiffs' rights in this case and in a pending *qui tam* False Claims Act lawsuit in the Eastern District of California.

Plaintiffs filed their FOIA complaint and a motion for expedited consideration on June 4. Plaintiffs requested expedition because (1) the DOE has already prevented plaintiffs from obtaining the benefit of their statutory rights under FOIA for more than four-and-a-half years, and (2) plaintiffs have an urgent need for the requested documents in the *qui tam* action, where discovery is currently scheduled to close on October 7.

The DOE's responsive pleading was originally due on July 6. However, in the interests of obtaining a mutually agreeable briefing schedule that would provide the Court with the opportunity to resolve this matter before the close of discovery in the *qui tam* case, plaintiffs consented to provide the DOE until August 17 to file a responsive pleading. *See* Docket Entry ("D.E.") 9. Under the briefing schedule established by the parties and entered by the Court, plaintiffs would file their opposition on August 31, and the DOE would file its reply on September 7. *See* Minute Order (7/7/09). In order to secure the current briefing schedule and avoid further delay, plaintiffs also agreed not to challenge the reasonableness of the DOE's search for responsive documents under FOIA, and to limit the universe of documents at issue. *See* D.E. 9, at 3-4. In short, plaintiffs have already accommodated the DOE's scheduling concerns.

Now, on the final business day before its brief would be due, the DOE has asked for yet another week to respond to plaintiffs' complaint. If the DOE's motion is granted, it would deprive plaintiffs of the benefit of the current briefing schedule, to their serious detriment in this time-sensitive case. Therefore, plaintiffs respectfully request that the DOE's motion to amend the scheduling order be denied.

                                              Respectfully Submitted,

Dated: August 17, 2009

/s/ Thomas M. Johnson, Jr.
Douglas R. Cox, D.C. Bar No. 459668
Thomas M. Johnson, Jr., D.C. Bar No. 976185
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Wayne W. Smith
Joseph P. Busch, III
Kristopher P. Diulio
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Attorneys for Plaintiffs Apollo Group, Inc. and The University of Phoenix, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Plaintiffs' Opposition to Defendant's Motion to Amend Scheduling Order, to be served on August 17, 2009 by regular U.S. mail to the following:

Heather D. Graham-Oliver, Esq.
United States Attorney's Office
501 3rd Street, N.W.
Room 44808
Washington, D.C. 20530

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

General Counsel
United States Department of Education
Office of the General Counsel
400 Maryland Avenue, S.W.,
Room 4083, FOB-6
Washington, D.C. 20202

/s/  Thomas M. Johnson, Jr.