UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOLLO GROUP, INC., and<br>THE UNIVERSITY OF PHOENIX, INC.,<br><br>    **Plaintiff**<br><br>v.<br><br>**THE DEPT. OF EDUCATION**<br><br>    **Defendant** | )<br>)<br>)<br>)<br>)<br>) Civ. Act. No. 09-1044 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR STAY OF PROCEEDINGS

Defendant, the United States Department of Education (DOE), and Plaintiffs, Apollo Group, Inc. and the University of Phoenix, Inc., by and through their attorneys, respectfully jointly move the Court for a stay of all proceedings until Monday, November 16, 2009. The parties additionally request that this stay be applied *nunc pro tunc* to the Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, which was due on September 15, 2009. This temporary stay, of approximately sixty (60) days, is necessary to determine whether further litigation in this action is still necessary, in light of discussions between the parties regarding the settlement of this matter.

Respectfully submitted,

/s/                                                                              /s/
_____          _____
DOUGLAS R. COX                                      CHANNING D. PHILLIPS
D.C. Bar # 459668                                       D.C. Bar # 415793
Gibson, Dunn & Crutcher                          Acting United States Attorney
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 887-3531

Counsel for Plaintiffs

/s/
_____
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
 Tel: (202) 305-1334

Counsel for Defendant

SO ORDERED:


_____          _____
United States District Court                                      Date